UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-32483 |
|---|---|
| KENNY D BROWN | (Chapter 13) |
| DEBORAH A BROWN | |
| Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3990999**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 17/ 25 | MONEY BACK<br>BOX 467<br>HINESVILLE, GA  31310 | 13.12 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/31/2009

Certificate of Service                04-32483

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| KENNY D BROWN<br>DEBORAH A BROWN<br>2547 RYAN CT<br>BEAVERCREEK, OH  45434 | LESTER R THOMPSON<br>1340 WOODMAN DR<br>DAYTON, OH  45432 | (51.1n)<br>BECKET & LEE LLP<br>FOR ECAST SETTLEMENT CORP<br>BOX 35480<br>NEWARK, NJ  07193 |
| (52.1n)<br>GREAT LAKES HIGHER EDUCATION<br>2401 INTERNATIONAL LANE<br>MADISON, WI  53704 | (25.3)<br>MONEY BACK<br>3989B COL GLENN HWY<br>FAIRBORN, OH  45324 | (25.1)<br>MONEY BACK<br>BOX 467<br>HINESVILLE, GA  31310 |
| (57.1n)<br>REIMER & LORBER<br>2450 EDISON BLVD<br>BOX 968<br>TWINSBURG, OH  44087 | (54.1n)<br>ROBERT A TREMAIN<br>401 S OLD WOODWARD AVE
SUITE 300<br>BIRMINGHAM, MI  48009 | (53.1n)<br>SALLIE MAE SERVICING CORP<br>BOX 9500<br>WILKES BARRE, PA  18773 |

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner                       cs